## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA JONES, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-6244 |
| | : | |
| PHILADELPHIA HOUSING | : | |
| AUTHORITY, et al., | : | |
| Defendants. | : | |

### ORDER

AND NOW, this  23rd  day of April 2026, upon consideration of the Motions to Dismiss filed by Defendants Philadelphia Housing Authority and the City of Philadelphia, (ECF Nos. 57, 58), Plaintiff Theresa Jones's Responses thereto (ECF Nos. 59, 63, 66), and Defendant's Reply thereon (ECF No. 65), it is **ORDERED** that:

1.      The Motions (ECF Nos. 57, 58) are **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

2.      The Amended Complaint is **DISMISSED** as follows:

    a.  Any claims under federal law are **DISMISSED WITH PREJUDICE**.

    b.  Any claims under state law are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____
**MARY KAY COSTELLO, J.**